WILLIAM F. PORTANOVA, State Bar No. 281364
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone:  (916) 444-7900
Fax:  (916) 444-7998
Email: wfp@portanova.com

Attorney for Defendant
EMALATA LOLOHEA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EMALATA LOLOHEA,<br>　　AKA "EMALATA AHOKAVA,"<br><br>　　　　　Defendant. | Case No. 2:24-CR-0 318-DJC<br><br>**STIPULATION AND [PROPOSED] ORDER RE: MODIFICATION OF DEFENDANT'S CONDITIONS OF PRETRIAL RELEASE** |

　　　　With the Court's permission, the defendant Emalata Lolohea requests, and the government does not oppose, that the release conditions imposed on Ms. Lolohea on March 18, 2025, be modified to add the following condition:

　　　　**You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, or individual specialized treatment, as determined by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.**

　　　　This condition is necessary to ensure that Ms. Lolohea receive necessary counseling.  She has been successful on pretrial release, has completed the Moral Reconation Therapy program, and has begun the Better Choices Court.  Her continued success will be served by requiring a

course of counseling.  Pretrial Services Officer Stephanie Mott is in support of this modification. The United States does not oppose this modification.

      Ms. Lolohea does not have a third-party custodian or surety, so there is no other party that need approve this request.

      All other terms and conditions of Ms. Lolohea's pre-trial release shall remain in effect.

**IT IS SO STIPULATED.**

DATED: September 4, 2025      Respectfully submitted,

*/s/ William F. Portanova*
WILLIAM F. PORTANOVA

Attorney for Defendant
EMALATA LOLOHEA

DATED: September 4, 2025      ERIC GRANT
United States Attorney

*/s/ Robert Abdendroth*
ROBERT ABENDROTH
Assistant United States Attorney

**FINDINGS AND ORDER**

      IT IS SO FOUND AND ORDERED.

DATED: September 4, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE