WILLIAM F. PORTANOVA, State Bar No. 281364
Portanova & Associates
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Wfp@Portanova.com

Attorney for Defendant
EMALATA LOLOHEA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EMALATA LOLOHEA,<br>    AKA "EMALATA AHOKAVA,"<br><br>Defendant. | Case No. 2:24-CR-0 318-DJC<br><br>**WAIVER OF DEFENDANT'S PERSONAL APPEARANCE** |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant EMALATA LOLOHEA, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, when time is excluded under the Speedy Trial Act, when a detention hearing is held, and when any other action is taken by the Court before or after trial, except upon initial appearance, initial arraignment, plea, every trial stage, including jury empanelment wand the return of the verdict, and imposition of sentence.

Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and

1

further agrees to be present in court ready for trial on any day which the Court may fix in his absence.

Defendant acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and delays under that Act without defendant being present.

Dated: May 27, 2026

_____
EMALATA LOLOHEA
Defendant

I agree with and consent to my client's waiver of appearance.

Dated: May 27, 2026

/s/ William F. Portanova
_____
WILLIAM F. PORTANOVA
Attorney for Defendant
EMALATA LOLOHEA

**IT IS SO ORDERED.**

Dated:    May 27, 2026

_____
THE HON. DANIEL J. CALABRETTA
United States District Judge

2